261 F.2d 112
 G. V. COFFMAN et al.
v.
CITY OF WICHITA, Kansas, a municipal corporation.
 No. 5858.
 United States Court of Appeals Tenth Circuit.
 Sept. 22, 1958.
 
 Appeal from the United States District Court for the District of Kansas.
 Speir, Stroberg & Sizemore, Newton, Kan., for appellants.
 Robert B. Morton, Fred W. Aley and Paul J. Donaldson, Wichita, Kan., for appellee.
 Before MURRAH, PICKETT and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed in accordance with the views expressed in the trial court's opinion in D.C., 165 F.Supp. 765, without written opinion.